UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Leonard Johnson, | Case No. 24-51353 |
| | Hon. Lisa S. Gretchko |
| Debtor. | |
| _____/ | |

## ORDER GRANTING MOTION OF RIVER PARK PLACE CONDOMINIUM ASSOCIATION FOR SANCTIONS

This matter came before the Court upon the Motion of River Park Place Condominium Association ("Association") for Sanctions Against Mr. Washington ("Motion"; ECF No. 71). Mr. Washington filed a response to the Motion ("Response"; ECF No. 73), and the Association filed a reply in support of the Motion ("Reply"; ECF No. 81). On June 5, 2025, the Court held a hearing ("Hearing") on the Motion, the Response and the Reply; counsel for the Debtor, counsel for the Association, and Mr. Washington appeared at the Hearing. The Court has reviewed the Motion, the Response, the Reply and other pertinent pleadings, has considered the statements made at the Hearing, and is advised in the premises. At the conclusion of the Hearing, the Court issued an oral bench ruling. On July 11, 2025, the Court issued a written opinion ("Opinion"; ECF No. 125) to memorialize its oral bench ruling and to address Mr. Washington's objections to the Association's proposed

order awarding sanctions. For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the Motion is granted as set forth in this Order, and sanctions are awarded to the Association (and imposed against Mr. Washington) in the total amount of $10,000.00, consisting of $5,000.00 in sanctions in Leonard Johnson's bankruptcy case (Case No. 24-51353), and $5,000.00 in Rahjinah Johnson's bankruptcy case (Case No. 24-51360).

**IT IS FURTHER ORDERED** that Mr. Washington must pay the foregoing sanctions within 21 days after entry of this Order, and said payment must be made to River Park Place Condominium Association in care of its counsel, Phillip J. Neuman.

**Signed on July 11, 2025**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**